**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND COMPANY, et al.,<br><br>       Defendants. | Case No. 08-02671 SBA<br><br>**ORDER**<br><br>[Docket No. 12] |

On May 28, 2008, plaintiff filed a class action complaint [Docket No. 1]. Defendant Platinum Equity LLC ("Platinum") was served with the complaint on or about June 13, 2008. As a result, its response to the complaint was due on July 3, 2008.

Currently before the Court is Platinum's motion to enlarge by 30 days the time within which to respond to the complaint pursuant to Local Rule 6-3. [Docket No. 12]. In a Declaration in support of Platinum's motion, Mark S. Baldwin declares, *inter alia*, that: 1) the complaint asserts claims for purported violations of the California Consumers Legal Remedies Act, California Business & Professions Code § 17500, California Business and Professions Code § 17200, and unjust enrichment and civil conspiracy; and 2) counsel for Platinum needs additional time to investigate and understand the claims asserted and to prepare an adequate response. Platinum's motion complies with Civil Local Rule 6-3. Plaintiff has filed a Statement of Non-Opposition [Docket No. 16].

Accordingly, Platinum's motion is GRANTED. Platinum's Answer to the complaint is therefore due on or before August 4, 2008.

1  IT IS SO ORDERED.

2  Dated: 7/11/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2