THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated, | Case No. 08-02671 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 30] |
| SEARS, ROEBUCK AND COMPANY, et al., | |
| Defendants. | |

Before the Court is the parties' stipulation requesting a continuance of the Case Management Conference set for September 11, 2008, and extension of time for defendants to respond to the complaint [Docket No. 30].

Accordingly, it is hereby ORDERED that:

1) The Case Management Conference set for September 11, 2008 is continued to **December 3, 2008 at 2:30 p.m.**; and

2) Defendants are granted 45 days after the JPML decides whether this action should be consolidated with related actions to respond to the Complaint.

IT IS SO ORDERED.

Dated: 8/7/08

SAUNDRA BROWN ARMSTRONG
United States District Judge